PESTOTNIK + GOLD LLP
Attorneys at Law

Joshua Franklin
Partner

619.365.9210
josh@tprglaw.com

April 16, 2015

Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      **Re:**    *United States v. John Johnson*, Case No. 13 CR 190 (VEC)

Dear Judge Caproni:

     Pursuant to the Court's Minute Order dated March 16, 2015, I am writing to advise Your Honor that Defendant John V. Johnson has decided to re-enter his guilty plea and will be prepared to do so at the next status conference on April 23, 2015. As suggested by Your Honor, Mr. Johnson wishes to proceed to sentencing immediately following the Court's acceptance of his guilty plea. I will be submitting a sentencing memorandum on Mr. Johnson's behalf later today.

     While the status conference is currently scheduled to commence at 2:00 p.m., Mr. Johnson and I are happy to appear at an earlier time that day if it will facilitate completing the proceedings at a convenient time for the Court.

            Very truly yours,

            Joshua Franklin

cc:    Telemachus Kasulis, Esq.
       Assistant U.S. Attorney

**AFFIRMATION OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this date with a copy of the foregoing document via the court's CM/ECF system.  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first-class mail on this same date.

A courtesy copy of the foregoing document has been served by email to the following recipients:


Telemachus P. Kasulis, Esq. – *Telemachus.Kasulis@usdoj.gov*

Sarah E. McCallum, Esq. – *Sarah.McCallum@usdoj.gov*


Executed on April 16, 2015 at San Diego, California.


By:   /s/ Joshua D. Franklin                By:   Joshua D. Franklin
         Signature of Declarant                      Print Name of Declarant

- 1 -

Case No. 13-cr-190-VEC