**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2015

# PESTOTNIK + GOLD LLP
Attorneys at Law

Joshua Franklin
Partner

619.365.9210
josh@tprglaw.com

> The Court is prepared to proceed with the guilty plea and sentencing as scheduled if the Defendant waives his right, under Rule 32(g), to see the final presentence report 7 days before sentencing. If the Defendant does not wish to waive his Rule 32(g) rights, the Court is willing to postpone the dates of both the plea and the sentencing proceedings to April 28, 2015, at 10:00 a.m. In any event the Government's deadline to file its sentencing submission is extended until April 17, 2015. The Defendant is directed to inform the Court no later than April 20, 2015, whether he wishes to proceed on April 23 or to postpone the proceedings until April 28, 2015.
>
> April 16, 2015        SO ORDERED.
>
> *[signature: Valerie Caproni]*
>
> Date: April 16, 2015    HON. VALERIE CAPRONI
>                         UNITED STATES DISTRICT JUDGE

Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. John Johnson*, Case No. 13 CR 190 (VEC)

Dear Judge Caproni:

    Pursuant to the Court's Minute Order dated March 16, 2015, I am writing to advise Your Honor that Defendant John V. Johnson has decided to re-enter his guilty plea and will be prepared to do so at the next status conference on April 23, 2015. As suggested by Your Honor, Mr. Johnson wishes to proceed to sentencing immediately following the Court's acceptance of his guilty plea. I will be submitting a sentencing memorandum on Mr. Johnson's behalf later today.

    While the status conference is currently scheduled to commence at 2:00 p.m., Mr. Johnson and I are happy to appear at an earlier time that day if it will facilitate completing the proceedings at a convenient time for the Court.

                        Very truly yours,

                        *[signature]*

                        Joshua Franklin

cc:   Telemachus Kasulis, Esq.
      Assistant U.S. Attorney

501 West Broadway Suite 1025   San Diego   California 92101   |   p: 619.237.3000   f: 619.342.8020   www.tprglaw.com